**NICON, INC., Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

**No. 02–5097.**

United States Court of Appeals,
Federal Circuit.

Dec. 20, 2002.

ON MOTION

*ORDER*

Nicon, Inc. moves for reconsideration of the court's order dismissing Nicon's appeal for failure to file an appendix, with appendix attached. Nicon states that the United States does not oppose.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Nicon's motion for reconsideration is granted.

(2) The October 23, 2002 dismissal order is vacated, the mandate is recalled, and the appeal is reinstated.

**Henry GRIMES, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE,
Respondent.**

**No. 03–3024.**

United States Court of Appeals,
Federal Circuit.

Dec. 18, 2002.

**ORDER**

Order Vacated, See 2003 WL 255961.

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.